WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

No. 11–0511/AR. U.S. v. Aaron P. Stone. CCA 20090332. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

Misc. No. 11–8027/NA. In Re Justin H. McMurrin, Petitioner v. The Honorable Ray Mabus, Secretary of the Navy, and Commanding Officer, Naval Consolidated Brig, Charleston, Respondents. On consideration of Respondents' motion to dismiss the petition for extraordinary relief in the nature of a writ of habeas corpus as moot, said motion is hereby granted.

No. 11–0547/AR. U.S. v. Ivan D. Goings. CCA 20080602. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including July 8, 2011.